IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 111-270 |
| ABDUL JABBAR MACK. | * | |

**O R D E R**

Defendant has filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) on the basis that Amendment 782 to the United States Sentencing Guidelines has revised the guidelines applicable to drug trafficking offenses. Even though Amendment 782 became effective on November 1, 2014, no defendant may be released on the basis of the retroactive amendment before November 1, 2015. See U.S.S.G. Amend. 788. Thus, the Court will undertake a review of cases involving drug trafficking offenses in due course. If Defendant is entitled to a sentence reduction as a result of amendments to the United States Sentencing Guidelines, the Court will make such a reduction *sua sponte*. Accordingly, Defendant's motion (doc. no. 332) is **DEFERRED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of July, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the Clerk to **TERMINATE** the motion for administrative purposes.